Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

FILED
CLERK, U.S. DISTRICT COURT
AUG 19 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

Western Division



xavier nailing
philip addington
john doe and jane doe

_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

PROGRESSIVE CASUALTY INSURANCE COMPANY

_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 2:25-cv-07770-WLH(PDx)
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
(28 U.S.C. § 1332; Diversity of Citizenship)

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | xavier nailing, philip addington In Pro Per as natural persons |
| Street Address | 6500 Yucca St #342 |
| City and County | Los Angeles |
| State and Zip Code | CA 90028 |
| Telephone Number | 323-672-7612, 310-650-9397 |
| E-mail Address | xavierdnnaaiilliinngg@gmail.com, philip.addington@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

Defendant No. 1
- Name: PROGRESSIVE CASUALTY INSURANCE COMPANY
- Job or Title (if known):
- Street Address: 330 N BRAND BLVD, SUITE 700
- City and County: GLENDALE, Los Angeles
- State and Zip Code: CA, 91203
- Telephone Number: 800-274-4499
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A.  The Plaintiff(s)

1. If the plaintiff is an individual
   The plaintiff, *(name)* xavier nailing, philip addington, john and jane doe , is a citizen of the State of *(name)* California.

2. If the plaintiff is a corporation
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

### B.  The Defendant(s)

1. If the defendant is an individual
   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation
   The defendant, *(name)* PROGRESSIVE CASUALTY INSURANCE CON , is incorporated under the laws of the State of *(name)* California , and has its principal place of business in the State of *(name)* California .
   Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

### C.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

$40,000,000.00 as a class action.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, *(name)* xavier nailing, philip addington, john doe and jane doe, and the defendant, *(name)* PROGRESSIVE CASUALTY INSURANCE COMPANY, made an agreement or contract on *(date)* 03/14/2025. The agreement or contract was *(oral or written)* Written. Under that agreement or contract, the parties were required to *(specify what the agreement or contract required each party to do)*

The contract states that when accidents occur, the policy is to pay the insured person, not the loan company, dealer, or a company that is not a subsidiary of their own company and not a company who states they own the car, yet they were not insured, and the car is in fact not totaled. The defendants are not experts on auto repair. There are no provisions of the law that state that I have to go with the highest estimate to obtain being made whole. Plaintiffs have an estimate of approximately $8,500 a difference of $1,300 of what the payout would be to the registered owner.

The defendant failed to comply because *(specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)*

Def PROGRESSIVE CASUALTY INSURANCE COMPANY breached their insurance policy contract by way of an underground illegal practice and silent agreement with Carmax involving arbitrarily totaling vehicles after a single airbag is deployed regardless of additional damage. This practice is being done in order to total vehicles, so the owner never receives the pink slip. Carmax is not a subsidiary and has no insurance policy contract with the defendants.

The plaintiff has complied with the plaintiff's obligations under the contract.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Requesting ADR and $40,000,000 compensatory relief and exemplary damages. Any and all legal fines that can be imposed, punishable damages in the amount of $5,000,000. The immediate termination of Adjuster: Michaelah Coleman, 858-609-2730, 4/11/2025, 4/14/2025, 4/15/2025, 4/17/2025, 5/01/2025, 5/22/2025, 6/03/2025, 6/12/2025, 6/13/2025, 6/24/2025, Inspector: Marissa Harris,323-400-8212, Inspection Date: 4/17/2025, Berts Garage: 5/02/2025, 4/17/2025, 5/06/2025, 5/07/2025, Michaelah's Manager: Christine Williams, 925-278-5754, 4/17/2025, 4/18/2025, 4/21/2025, 4/29/2025, 4/30/2025, 5/09/2025, Investigator: Jimmy Edwards, 440-910-2792, 4/23/2025, 4/25/2025, 4/28/2025, 4/29/2025, 4/30/2025, 5/01/2025, Jimmy's Manager: Spencer Youngman, 309-407-3266, 4/30/2025, 5/01/2025,Marissa's Manager: Ian Paul 805-390-5658 5/01/2025, 5/05/2025, 5/06/2025, 5/09/2025,Christine's Manager: Amber Cloud 253-733-4233 Inbound Call: 05/01/2025, 05/13/2025, 05/14/2025, 05/15/2025, 06/19/2025 Amber's Supervisor: Lucy Colleran503-403-5275

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/18/2025

Signature of Plaintiff  _(signed)_
Printed Name of Plaintiff  xavier nailing, philip addington

### B. For Attorneys

Date of signing: _____

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Street Address  _____
State and Zip Code  _____
Telephone Number  _____
E-mail Address  _____